# BURNS & HARRIS

ATTORNEYS AT LAW
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 900
NEW YORK, NEW YORK 10279
TEL: (212) 393-1000

FACSIMILE
(212) 267-2110

SETH A. HARRIS

JEAN M. PRABHU
ALISON R. KEENAN
JOEL A. HOROWITZ
CHRISTOPHER J. DONADIO
ANDREA V. BORDEN

KATHERINE M. BURNS
LEE MICHAEL HUTTNER
OF COUNSEL

July 30, 2010

Via ECF
Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Negron v. City of New York, et al
CV-09-944 (SLT)(SMG)

Honorable Judge Townes:

We are the attorneys for Olga Negron, Administrator of the Estate of Imam Morales in the above referenced matter. Defendant CITY OF NEW YORK filed an application with this court regarding a briefing schedule for their Motion to dismiss as follows:

Defendant's Motion to be served by July 28, 2010
Plaintiff's Opposition to be served by September 27, 2010
Defendant's Reply, if any, to be served by October 27, 2010

Defendant Pigott has also served a Motion to Dismiss. We are respectfully requesting that the same briefing schedule be followed to oppose the Motion of Defendant Pigott, as opposed to the ECF notification which indicated that responses were due by August 19, 2010.

Thanking you for your consideration herein.

Respectfully submitted,

BURNS & HARRIS

*Alison R Keenan*

BY: ALISON R. KEENAN

Jdm

**BURNS & HARRIS**

Cc:
    City of New York
    Law Department
    100 Church Street
    New York, NY 10007
    Att: Rachel Seligman Weiss
        Assistant Corporation Counsel

    Peltz & Walker
    222 Broadway, 25th Floor
    New York, NY 10038
    Att: Alexander Peltz